DOA
10-10-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| Gonzalo Avila Alvarez, | ) Case No. 17-8420 MJ |
| a.k.a.: Gonzalo Avila-Alvarez, | ) |
| (A098 007 372) | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 10, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Gonzalo Avila Alvarez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about May 25, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Darren J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 12, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darren J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 10, 2017, the Phoenix Police Department (PPD) encountered Gonzalo Avila Alvarez while responding to a trespassing call at 1802 North 19th Drive, Apartment 133, in Phoenix, Arizona. PPD Officer Long suspected Avila Alvarez to be an enforcement priority, illegally present in the United States, and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer G. Burns telephonically interviewed Avila Alvarez and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Avila Alvarez was transported to the Phoenix ICE office for further investigation and processing. Avila Alvarez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Gonzalo Avila Alvarez to be a citizen of Mexico and a previously deported criminal alien. Avila Alvarez was removed from the United States to Mexico at or near Brownsville, Texas, on or about May 25, 2012, pursuant to the reinstatement of an order of removal issued by an immigration official. There is

no record of Avila Alvarez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Avila Alvarez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Gonzalo Avila Alvarez was convicted of Theft of Means of Transportation, a felony offense, on September 14, 2005, in the Superior Court of Arizona, Maricopa County. Avila Alvarez was sentenced to three and one half (3.5) years' incarceration. Avila Alvarez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 10, 2017, Gonzalo Avila Alvarez was advised of his constitutional rights. Avila Alvarez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Avila Alvarez stated that his true name is Gonzalo Avila Alvarez, and that he is a citizen of Mexico. Avila Alvarez stated that he entered the United States near "Sonoyta Mexico," on or about "15-Marzo-2015." Avila Alvarez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 10, 2017, Gonzalo Avila Alvarez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about May 25, 2012, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darren J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 12th day of October, 2017.

_____
John Z. Boyle,
United States Magistrate Judge